**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
S.M., individually and on behalf of S.M.,
                                          Plaintiff,

                    -against-                                                20 **CIVIL** 2394 (JGK) (KNF)

                                                                            **JUDGMENT**

New York City Department of Education,
                                          Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated June 22, 2020, the City of New York shall pay SIX

THOUSAND DOLLARS ($6,000.00) in full satisfaction of all claims for attorneys' fees, costs,

and expenses, incurred or accrued in connection with S.M.'s 2018-19 school year, including IH

Case No. 183426 and the instant federal action.  In consideration of payment of the sum set forth

above, this action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), without

fees, costs, or expenses in excess of the amount specified above.


**Dated:**  New York, New York
            June 24, 2020


                                                          **RUBY J. KRAJICK**
                                                  _____
                                                         **Clerk of Court**
                                    **BY:**
                                                         **Deputy Clerk**